# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153115(65)
153117

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

MICHAEL CHRISTOPHER FREDERICK,
  Defendant-Appellant.
_____/

SC: 153115
COA: 323642
Kent CC: 14-003216-FH

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

TODD RANDOLPH VAN DOORNE,
  Defendant-Appellant.
_____/

SC: 153117
COA: 323643
Kent CC: 14-003215-FH

   On order of the Chief Justice, the motion of the American Civil Liberties Union to file a brief amicus curiae in support of the applications for leave to appeal is GRANTED. The amicus brief submitted on July 28, 2016, is accepted for filing.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 12, 2016

